BRENDA H. ENTZMINGER
Nevada Bar No. 9800
RYAN KERBOW
Nevada Bar No. 11403
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN VAUGHN, | Case No.: 2:15-CV-00817-JAD-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES, INC.; DOES I – X and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//

party's own costs and attorney's fees.

DATED this 6th day of April, 2016.

**STOVALL & ASSOCIATES**

_____
Leslie Mark Stovall, Esq.
Ross Moynihan, Esq.
**Stovall & Associates**
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*
*Susan Vaughn*

DATED this 6th day of April, 2016.

**PHILLIPS, SPALLAS & ANGSTADT**

_____
Brenda H. Entzminger, Esq.
Ryan Kerbow, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: April 6, 2016.

_____
UNITED STATES DISTRICT JUDGE